UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JESSIE RAY WILLIAMS | CIVIL ACTION NO. 12-2707-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN STOKES, ET AL. | MAGISTRATE JUDGE HORNSBY |

### ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that the following claims be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) and (ii):  (1) wrong medication; (2) denial of medical treatment; (3) administrative remedy procedure; and (4) verbal abuse.[1]

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 19th day of November, 2014.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff still has retaliation claims remaining against Warden Stokes and excessive force claims remaining against Sgt. Barnett.